UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORMAN HECHING,** *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**SYRIAN ARAB REPUBLIC**,<br><br>　　　　　Defendant. | Civil Action No. 17-cv-1192 |
| **NORMAN HECHING,** *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**ISLAMIC REPUBLIC OF IRAN**,<br><br>　　　　　Defendant. | Civil Action No. 17-cv-1659 |

### ORDER ADOPTING SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS AND GRANTING FINAL JUDGMENT

Upon consideration of Plaintiffs' Emergency Motion to Adopt the Special Masters' Reports and Recommendations on Compensatory Damages, and for Entry of Final Default Judgment, 17-cv-1192, ECF No. 53; 17-cv-1659, ECF No. 44, the court's Memorandum Opinion and Order as to liability, 17-cv-1192, ECF Nos. 26, 27; 17-cv-1659, ECF Nos. 27, 28, and the entire record, Plaintiffs' Motion is **GRANTED** in part, and it is further,

**ORDERED,** pursuant to Federal Rule of Civil Procedure 53(f), that the Special Master's Reports and Recommendations, 17-cv-1192, ECF Nos. 55, 56; 17-cv-1659, ECF Nos. 46, 47, are **ADOPTED**; and it is further,

**ORDERED,** that **FINAL JUDGMENT** is hereby **ENTERED**, in favor of the Plaintiffs and against Defendants Syrian Arab Republic and Islamic Republic of Iran, jointly and severally, as follows:

1. Rabbi Saul Goldstein is awarded $6,000,000 in pain and suffering damages and $750,000 in solatium damages.

2. Mordechai Goldstein is awarded $1,500,000 in pain and suffering damages and $2,500,000 in solatium damages.

3. Miriam Goldstein is awarded $4,400,000 in solatium damages.

4. Malka Goldstein, Moshe Gedaliah Goldstein, Sarah Rivkah Goldstein, Basya Yehudis Goldstein, Eliezer Goldstein, ADG, NG, and BEG each are awarded $2,750,000 in solatium damages.

5. Estate of Rabbi Aryeh Kupinsky is awarded $1,000,000 in pain and suffering damages and $504,980 in economic damages.

6. Yakova Kupinsky be awarded $230,474 in economic damages and $8,000,000 in solatium damages.

7. Eliyahu Kupinsky, Yitzchak Kupinsky, Devorah Kupinsky, Miriam Kupinsky, and YK2 each are awarded $5,000,000 in solatium damages.

8. Estate of Rabbi Kalman Levine is awarded $117,116 in economic damages.

9. Haya Malca Levine is awarded $8,000,000 in solatium damages.

10. Michal Leah Levine, Bassheva Miriam Levine Pelcovits, Yitzchok Meir Levine, Yirachmiel Levine, Moshe Levine, Avraham Levine, Aharon Levine, Chana Levine, Yehuda Yisrael Levine each are awarded $5,000,000 in solatium damages.

11. Stefanie Levine and Shelley Levine each are awarded $2,500,000 in solatium damages.

12. Estate of Rabbi Mosheh Twersky be awarded $1,000,000 in pain and suffering damages and $121,583 in economic damages.

13. Bashy Miriam Twersky is awarded $8,000,0000 in solatium damages.

14. Meshulam Twersky, Refael Twersky, Nechama Charlap, Rivka Twersky (Walder), and Avraham Twersky each are awarded in $5,000,000 in solatium damages.

15. Norman Heching is awarded $2,000,000 in pain and suffering damages.

16. Avraham Nefoussi is awarded $1,500,000 in pain and suffering damages.

17. Akiva Pollack is awarded $1,500,000 in pain and suffering damages.

18. David Salis is awarded $1,500,000 in pain and suffering damages.

19. Eliyahu Salis is awarded in $750,000 in solatium damages.

20. The Estate of Joseph Werfel is awarded $1,500,000 in pain and suffering damages.

It is further **ORDERED**, that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to compensatory damages. The Court defers judgment as to punitive damages. The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Syria and Iran, absent defendants, will not be prejudiced by "staggered appeals or the like," *Sheikh v. Republic of Sudan*, 485 F. Supp. 3d 255, 274 (D.D.C. 2020), and plaintiffs will be eligible to recover from the U.S. Victims of State Sponsored Terrorism Fund only with "a final judgment" for compensatory damages, 34 U.S.C. § 20144(c)(2); *see* U.S. Dep't of Just., Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed May 28, 2025); *Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 66 (D.D.C. 2018) (entering judgment pursuant to Rule 54(b) so plaintiffs would not be "prejudiced in their ability to receive prompt payment of all or some of their compensatory damages awards from" the Fund); it is further

**ORDERED** that this is Final Judgment for Plaintiffs as to compensatory damages, which shall be served immediately on Defendants pursuant to 28 U.S.C. § 1608(a) and (e). The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment.

**IT IS SO ORDERED**.

Date: May 28, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge